# DOCUMENT 1

FILED
IN CLERKS OFFICE

2026 JAN 28 PM 2: 13

U.S. ...
DISTRICT OF MASS.

## NOTICE REGARDING VIDEO EVIDENCE AND ACCESSIBILITY CONDITIONS

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Elvis Rodriguez, Plaintiff

v.

4M Variety Store;

City of Lowell;

Owner of the Commercial Plaza housing 4M Variety, Defendants

---

## NOTICE REGARDING VIDEO EVIDENCE AND ACCESSIBILITY CONDITIONS

Plaintiff respectfully submits this Notice to advise the Court of the existence of video evidence documenting accessibility barriers affecting places of public accommodation located on School Street in Lowell, Massachusetts.

Plaintiff is an individual with a mobility disability who uses a wheelchair.

Plaintiff attempted to access 4M Variety Store, which operates within a commercial plaza on School Street. Plaintiff was unable to access 4M Variety Store and other businesses located

within the same plaza due to physical barriers affecting the parking lot and the routes to the store entrances.

Plaintiff's video evidence documents the following conditions at the commercial plaza housing 4M Variety Store:

1. The parking lot serving the plaza does not provide an accessible path of travel for wheelchair users.
2. There are elevation changes, steps, or level differences between the parking lot and the storefront entrances.
3. There is no ramp or alternative accessible route providing access from the parking lot to the storefronts.
4. As a result of these conditions, Plaintiff was unable to enter multiple businesses within the plaza.

Plaintiff also possesses video evidence documenting accessibility barriers at Metro by T-Mobile, located at 266 School Street, Lowell, Massachusetts, which is situated across the street from the 4M Variety plaza. That evidence reflects additional barriers affecting access along the same corridor of School Street.

## STATEMENT REGARDING PRIOR MCAD COMPLAINT

Plaintiff previously filed a complaint with the Massachusetts Commission Against Discrimination (MCAD) concerning accessibility barriers at Rex Liquor Store.

During that prior matter, Plaintiff was informed by the defendant that a state inspector had advised that installation of a ramp was not required. Plaintiff includes this information solely to note a concern regarding potential reliance on state-level guidance in circumstances where accessibility obligations may be governed by federal law, including the Americans with Disabilities Act.

Plaintiff includes the MCAD filing confirmation as documentation that accessibility concerns were formally raised and recorded.

## VIDEO EVIDENCE

Plaintiff possesses video recordings documenting:

- The parking lot conditions serving the 4M Variety plaza
- The absence of an accessible path of travel to storefronts within that plaza
- Plaintiff's inability to enter multiple businesses within the plaza
- Accessibility barriers at Metro by T-Mobile, 266 School Street, located across the street

The video evidence is maintained by Plaintiff and will be produced upon request or through discovery.

Respectfully submitted,

Elvis Rodriguez

Plaintiff, Pro Se

Date: 1·28·26

1-28-2026

## 📄 DOCUMENT 2

## EXHIBIT LIST

Exhibit A – MCAD filing confirmation regarding Rex Liquor Store accessibility complaint

Exhibit B – Screenshots from video depicting parking lot conditions at the 4M Variety plaza

Exhibit C – Screenshots from video depicting elevation changes and lack of accessible route to storefronts within the plaza

Exhibit D – Screenshots from video depicting Plaintiff unable to enter multiple businesses within the plaza

Exhibit E – Screenshots from video depicting accessibility barriers at Metro by T-Mobile, 266 School Street

Exhibit F – Notice Regarding Video Evidence and Accessibility Conditions
























**Lowell - The Acre**
January 21  1:01PM